IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Linda Sue Russell,            :

    Plaintiff,           :

  v.                          :      Case No. 2:10-cv-266

Michael J. Astrue,            :      JUDGE MARBLEY
Commissioner of
Social Security,              :

    Defendant.           :

### ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 16, 2010.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  The plaintiff's statement of specific errors (Doc. #13) is SUSTAINED.  This case is REMANDED to the Commissioner of Social Security pursuant to 42 U.S.C. §405(g), sentence four.

                                              s/Algenon L. Marbley
                                              Algenon L. Marbley
                                              United States District Judge