**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Linda Sue Russell, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:10-cv-266 |
| Michael J. Astrue, Commissioner of Social Security, | : | JUDGE MARBLEY |
| Defendant. | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the January 12, 2011 Order, the Court ADOPTS the Report and Recommendation. The Plaintiff's statement of specific errors is SUSTAINED. This case is REMANDED to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), sentence four.

Date: **January 12, 2011**          **James Bonini, Clerk**

                                                                              s/Betty L. Clark
                                                                         Betty L. Clark/Deputy Clerk